**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Michael Boykin, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2019-002057

---

Appeal From Kershaw County
Diane Schafer Goodstein, Circuit Court Judge

---

Unpublished Opinion No. 2024-UP-059
Submitted January 1, 2024 – Filed February 21, 2024

---

**APPEAL DISMISSED**

---

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General D. Russell Barlow, II, both of Columbia, for Respondent.

---

**PER CURIAM:** This court previously granted Michael Boykin's petition for a writ of certiorari on his request for a belated direct appeal pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974), dispensed with further briefing on the

petition for certiorari, and directed the parties to serve and file their briefs pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).  After review pursuant to *Anders v. California*, 386 U.S. 738 (1967), this appeal is dismissed.  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**MCDONALD and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.